# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CISNEROS, FEDERICO | § | Case No. 10-12582 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/15/2011 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                          Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| CISNEROS, FEDERICO § | Case No. 10-12582 | |
| § | | |
| Debtor(s) § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 14,918.18 |
| and approved disbursements of | $ | 9.11 |
| leaving a balance on hand of[1] | $ | 14,909.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,421.35 | $ 0.00 | $ 1,421.35 |
| Trustee Expenses: Phillip D. Levey | $ 36.37 | $ 0.00 | $ 36.37 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 3,960.00 | $ 0.00 | $ 3,960.00 |
| Other: International Sureties, Ltd. | $ 9.11 | $ 9.11 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses    $    5,417.72

    Remaining Balance    $    9,491.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,278.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COOK COUNTY TREASURER'S OFFICE LEGAL DEPARTMENT 118 NORTH CLARK STREET - ROOM 112 CHICAGO, IL 60602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | PNC Mortgage, a division of PNC Bank, National Association 3232 NEWMARK DRIVE MIAMISBURG, OH 45342 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | CR Evergreen, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 1,278.00 | $ 0.00 | $ 1,278.00 |

Total to be paid to timely general unsecured creditors $ 1,278.00

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Remaining Balance                                                                           $          8,213.35

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 8.67 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,204.68 .

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Federico Cisneros  
    Debtor

Case No. 10-12582-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: mmyers      Page 1 of 2      Date Rcvd: Nov 14, 2011  
                  Form ID: pdf006      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2011.
```
db          +Federico Cisneros,    2644 S. Komensky Ave,    Chicago, IL 60623-4444
15474219    +COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
              CHICAGO, IL 60602-1332
15301785     Chase,    PO Box 9001123,    Louisville, KY 40290-1123
15301786     Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
15597185    +Jose Antonio Fuentes,    121 Crestwood Drive,    Streamwood, IL 60107-1607
15301787     PNC Mortgage,    Attn: Customer Service,    P.O. Box 1820,    Dayton, OH 45401-1820
15535487    +PNC Mortgage,,    a division of PNC Bank,,    National Association,    3232 NEWMARK DRIVE,
              MIAMISBURG, OH 45342-5421
15301788     Resurgent Capital Services, L.P.,    P.O Box 19002,    Greenville, SC 29602-9002
15301789    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,    Outside Chicago-Indirect Lending,    PO Box 790179,
              Saint Louis, MO 63179-0179)
15753003    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15597186    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Outside Chicago-Indirect Lending,    POB 790179,
              Saint Louis, MO 63179-0179)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16047277      E-mail/PDF: BNCEmails@blinellc.com Nov 15 2011 02:14:36     CR Evergreen, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2011**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mmyers                 Page 2 of 2                  Date Rcvd: Nov 14, 2011
                               Form ID: pdf006              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2011 at the address(es) listed below:

```
          Gloria C  Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association
           nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
          Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
          Steven  Schmall    on behalf of Debtor Federico Cisneros sschmall@katzlawchicago.com,
           angie@katzlawchicago.com
                                                                                             TOTAL: 5
```