UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
                                            §
CISNEROS, FEDERICO                          §        Case No. 10-12582
                                            §
         Debtor(s)                          §
                                            §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on              , and it was converted to chapter 7 on              . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FEDERICO CISNEROS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| 000002 | PNC MORTGAGE, | | | | | |
| 000003 | U.S. BANK N.A. | | | | | |
| 000004 | CR EVERGREEN, LLC | | | | | |
| | CR EVERGREEN, LLC | | | | | |
| | CISNEROS, FEDERICO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-12582 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey |
| Case Name: | CISNEROS, FEDERICO | | | | Date Filed (f) or Converted (c): | 06/23/10 (c) |
| | | | | | 341(a) Meeting Date: | 07/23/10 |
| For Period Ending: | 02/22/12 | | | | Claims Bar Date: | 11/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Second Federal Savings Bank Account | 18,000.00 | 14,915.03 | | 14,915.03 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.36 | Unknown |
| 3. 2644 S. Komensky, Chicago, IL | 212,210.00 | 36,930.21 | OA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 4. 121 Crestwood Drive, Streamwood, IL | 187,030.00 | 0.00 | OA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 5. Savings Account-National City | 0.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 6. Household Goods | 2,200.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 7. Men's Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 8. Pension | 0.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 9. 2004 Chevy Trailblazer | 9,425.00 | 0.00 | OA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 10. 1999 Chevy Malibu | 775.00 | 775.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 11. 1995 Lincoln Continental | 900.00 | 0.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 12. 1995 Dodge Ram 1500 | 925.00 | 25.00 | DA | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $431,965.00 | $52,645.24 | $14,918.39 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-12582    JBS    Judge: JACK B. SCHMETTERER | Trustee Name:    Phillip D. Levey |
| Case Name: | CISNEROS, FEDERICO | Date Filed (f) or Converted (c):    06/23/10 (c) |
| | | 341(a) Meeting Date:    07/23/10 |
| | | Claims Bar Date:    11/23/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/12        Current Projected Date of Final Report (TFR): 01/31/12

LFORM1                                                                                                                                                                                                    Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-12582 -JBS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | CISNEROS, FEDERICO | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5627 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2466 | | |
| For Period Ending: | 02/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/10 | 1 | Federico R. Cisneros | Turnover of Bank Account | 1129-000 | 14,915.03 | | 14,915.03 |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 14,915.19 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,915.56 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,915.94 |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,916.31 |
| 12/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,916.69 |
| 01/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,917.07 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,917.18 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 9.11 | 14,908.07 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,908.20 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,908.32 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,908.45 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,908.57 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,908.69 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,908.82 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,908.94 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,909.07 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,909.19 |
| 12/26/11 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 14,909.28 |
| 12/26/11 | | Transfer to Acct #*******6121 | Final Posting Transfer | 9999-000 | | 14,909.28 | 0.00 |

Page Subtotals   14,918.39   14,918.39

Ver: 16.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12582 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | CISNEROS, FEDERICO | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5627 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2466 | | |
| For Period Ending: | 02/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,918.39 | 14,918.39 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 14,909.28 | |
| | | | Subtotal | | 14,918.39 | 9.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,918.39 | 9.11 | |

Page Subtotals     0.00     0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12582 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | CISNEROS, FEDERICO | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6121 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2466 | | | |
| For Period Ending: | 02/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/11 | | Transfer from Acct #*******5627 | Transfer In From MMA Account | 9999-000 | 14,909.28 | | 14,909.28 |
| 12/28/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,421.37 | 13,487.91 |
| 12/28/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 36.37 | 13,451.54 |
| 12/28/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,960.00 | 9,491.54 |
| 12/28/11 | 000104 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000004, Payment 100.09311% | | | 1,279.19 | 8,212.35 |
| | | | Claim      1,278.00 | 7100-900 | | | |
| | | | Interest        1.19 | 7990-000 | | | |
| 12/28/11 | 000105 | FEDERICO CISNEROS<br>2644 S. KOMENSKY AVE<br>CHICAGO, IL 60623 | Surplus Funds | | | 8,212.35 | 0.00 |
| | | | Claim      8,204.68 | 8200-002 | | | |
| | | | Interest        7.67 | 7990-000 | | | |

Page Subtotals          14,909.28          14,909.28

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12582 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | CISNEROS, FEDERICO | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******6121 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2466 |  |  |
| For Period Ending: | 02/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,909.28 | 14,909.28 | 0.00 |
| Less: Bank Transfers/CD's | 14,909.28 | 0.00 |  |
| Subtotal | 0.00 | 14,909.28 |  |
| Less: Payments to Debtors |  | 8,212.35 |  |
| Net | 0.00 | 6,696.93 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account (Interest Earn - ********5627 | 14,918.39 | 9.11 | 0.00 |
| Checking Account (Non-Interest Earn - ********6121 | 0.00 | 6,696.93 | 0.00 |
|  | 14,918.39 | 6,706.04 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)